# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
## DIVISION ONE

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | No. 78596-6-I |
| | ) | |
| Respondent, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JACK JEAN COLLINS, | ) | UNPUBLISHED OPINION |
| | ) | |
| Appellant. | ) | FILED: NOV 18 2019 |
| | ) | |

PER CURIAM — Jack Collins appeals the financial obligations imposed following his convictions for two counts of third degree child molestation. He contends, and the State concedes, that the provision of his judgment and sentence imposing interest on his financial obligations violates recent legislation and must be stricken. See RCW 10.82.090(1). The State also points out, and Collins does not dispute, that the challenged provision still applies to restitution, and therefore the matter should be remanded for the court to amend, rather than strike, the provision and limit its application to interest on restitution. We accept the State's concession and remand with directions to amend the challenged portion of the judgment and sentence so that it applies only to restitution.

FOR THE COURT: